1044

[No. 53930-2-I. Division One. February 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW F. MEHLHAFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10283-9, Gregory P. Canova, J., entered March 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54009-2-I. Division One. February 14, 2005.]

JULIE BARRETT, *individually and as Guardian, Appellant*, v. SEATTLE COUNTRY DAY SCHOOL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-31613-0, Paris K. Kallas, J., entered February 26, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54426-8-I. Division One. February 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. S.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-00912-1, Julia Garratt, J. Pro Tem., entered May 19, 2004. *Reversed* by unpublished per curiam opinion.

[No. 30719-7-II. Division Two. February 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS LEE LANE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01658-5, Jill Johanson, J., entered August 6, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.